No. 85–948.   KOSCOT INTERPLANETARY, INC. *v.* BEACHLEY INVESTMENTS, N. V., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–952.   GRASON ELECTRIC CO. ET AL. *v.* SACRAMENTO MUNICIPAL UTILITY DISTRICT.   C. A. 9th Cir.   Certiorari denied.

No. 85–5242.   MUHAMMAD *v.* SEMICOLE ALLIED VAN LINES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5552.   HAWKINS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5626.   HAMM *v.* PARKER, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 85–5634.   BERNARD *v.* BERNARD ET AL.   C. A. 9th Cir. Certiorari denied.

No. 85–5635.   HAUPTMANN *v.* WILENTZ ET AL.   C. A. 3d Cir. Certiorari denied.

No. 85–5649.   WAGGONER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5681.   OGBERAHA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–5683.   ROBINSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5733.   STEWART, AKA WHITE *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 85–5750.   RHODES *v.* UNITED STATES DEPARTMENT OF THE INTERIOR.   C. A. Fed. Cir.   Certiorari denied.

No. 85–5890.   BAIG *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 85–5891.   ANTONELLI *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 85–5892.   MOYER *v.* DISTRICT DIRECTOR OF THE INTERNAL REVENUE SERVICE.   C. A. 3d Cir.   Certiorari denied.